**WILLIAM B. SHIPLEY, ESQ.**
IMMIGRATION GENERAL SERVICES LLC
20 N. WACKER DRIVE, SUITE 1000
CHICAGO, IL 60606
PH.: 312-719-1179
EMAIL: WILLIAM@IMMIGRATIONGENERALSERVICES.COM
NEW YORK ATTORNEY REGISTRATION #5223227
COUNSEL OF RECORD TO PETITIONER-APPELLANT

---

UNITED STATES CIRCUIT COURT OF APPEALS FOR THE EIGHTH CIRCUIT

THOMAS F. EAGLETON COURTHOUSE

111 SOUTH 10TH STREET

ST. LOUIS, MO. 63102

---

JESUS OSCAR GUEVARA-HERNANDEZ,

*Petitioner-Appellant*,

**v.**

U.S. DEPARTMENT OF HOMELAND SECURITY (DHS); SECRETARY, DHS (in their official capacity); TODD BLANCHE, Attorney General of the United States (in his official capacity); DAVID J. VENTURELLA, Acting Director, Immigration and Customs Enforcement (ICE) (in his official capacity); SYLVIA BONACCORSI-MANN, FIELD OFFICE DIRECTOR, ICE ENFORCEMENT AND REMOVAL OPERATIONS (ICE ERO), Sub-office of the Chicago Field Office covering operations in Missouri and Kansas (in an official capacity); WARDEN (or equivalent), STE. GENEVIEVE DETENTION CENTER (in an official capacity);

*Respondent-Appellees.*

**8th Circuit Case No. 26-2423**

---

**MOTION TO WITHDRAW APPEAL**

*In Appeal Of Habeas Petition Denied Before The U.S. District Court For The Eastern District Of Missouri - Southeastern Division Civil Action Case No. 1:26-Cv-59-ZMB*

---

HERE COMES PETITIONER-Appellant Jesus Oscar Guevara-Hernandez, through the undersigned Counsel of Record, and pursuant to Federal Rule of Appellate Procedure 42(b) and Eighth Circuit Rule 27A, respectfully moves this Honorable Court for an order voluntarily withdrawing and dismissing the above-captioned appeal, and states as follows:

1. **Procedural Background:**

   On July 14, 2026, Petitioner-Appellant filed a Notice of Appeal challenging the final order and entry of judgment of the United States District Court for the Eastern District of Missouri (Southeastern Division) dated June 15, 2026 (Doc. #: 21 in Case No. 1:26-cv-00059-ZMB), which dismissed his Petition for Writ of Habeas Corpus. The appeal was docketed by this Court on July 16, 2026 under Appeal No. 26-2423.

2. **Underlying Basis of Habeas Petition:**

   The underlying habeas petition sought release from ICE custody and injunctive relief based on Petitioner-Appellant's protected Temporary Protected Status (TPS) designation and related statutory protections under 8 U.S.C. § 1254a.

3. **Mootness / Substantive Grounds for Withdrawal:**

   Events occurring subsequent to the filing of the Notice of Appeal have rendered this appeal entirely moot:

   - **Expiration of TPS Period:** The specific Temporary Protected Status (TPS) designation and statutory period governing Petitioner-Appellant's claims expired, according to its terms, on October 4th, 2026.
   - **Removal from the United States:** Following the District Court's order and prior to the resolution of this appeal, Petitioner-Appellant was physically removed from the United States. His underlying claims for relief from removal that provided further basis for his habeas relief claim is therefore moot.

4. **Lack of Live Controversy:**

   As a consequence of both the expiration of the underlying TPS authorization and Petitioner-Appellant's physical removal from the United States, there is no longer an active case or controversy under Article III of the U.S. Constitution. The court can therefore no longer grant effective *habeas* or injunctive relief, rendering this appeal moot.

5. **Voluntary Dismissal:**

   Accordingly, Petitioner-Appellant seeks to voluntarily withdraw and dismiss Appeal No. 26-2423 pursuant to Fed. R. App. P. 42(b).

6. **Costs:**

   Each party shall bear its own costs and attorney's fees associated with this appeal.

7. **Position of Appellees:**

   Undersigned counsel has attempted to confer with counsel for Respondents-Appellees regarding this Motion, and while he was unable to, Petitioner-Appellant believes it safe to assume Respondents-Appellees would not and do not oppose the voluntary dismissal of an appeal of a decision in their favor from the U.S. District Court on a matter rendered moot.

8. **Note on Further Delay of this Submission:**

   Counsel would like to thank the Court for its patience in this submission following its grant of Petitioner-Appellant's previous request for extension of time on the filing of his appeal brief, noting that further delay was occasioned by additional unanticipated immigration advocacy matters including multiple emergency stays of removal, difficulties in accessing legal research, and Petitioner-Appellant's consideration of matters ancillary to the litigation. In particular, Petitioner-Appellant remains perturbed by his treatment during the District Court hearing on his *habeas* petition by Respondent-Appellees who delivered him to the Court in iron shackles and chains connecting his ankles and wrists, and under guard, without indicia he posed any kind of danger to anyone. This treatment undermined

his dignity and that of the Court, preventing him from fully raising his hand to be sworn in, preventing his friends and neighbors supporting him from greeting and embracing him after having traveled 150 miles to do so, and making him appear to be some kind of danger. The dozens of letters of character support and other evidence his American friends, neighbors, and co-workers wrote on his behalf will also remain unheard by any Immigration Court or Federal Court as a result of the withdrawal of this appeal. Ultimately these issues are ancillary to litigation now rendered moot and will not be pursued further. However, Petitioner-Appellant hopes that in the future U.S. citizens may also be heard in matters affecting noncitizens, and that Respondent-Appellees will elect for less-abusive forms of control when the District Court orders them to deliver a detained noncitizen to be heard on their *habeas corpus* petition, in keeping with the dignity of U.S. District Courts, their proceedings, and the obligations of the United States to treat detained noncitizens with dignity and not to subject them to any form of cruel or unusual treatment or punishment.

**WHEREFORE**, Petitioner-Appellant Jesus Oscar Guevara-Hernandez respectfully requests that this Court:

1. Grant this Motion to Withdraw Appeal;
2. Dismiss Appeal No. 26-2423; and
3. Order that each party bear its own costs.

Respectfully submitted this 23rd day of October, 2026,

/s/ *William Shipley*
**William B. Shipley, Esq.**
Immigration General Services LLC
20 North Wacker Drive, Suite 1000
Chicago, Illinois 60606
Email: william@immigrationgeneralservices.com
New York Attorney Registration No. 5223227
Counsel for Petitioner-Appellant Jesus Oscar Guevara-Hernandez

**AFFIDAVIT OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW APPEAL OF EIGHTH CIRCUIT U.S. COURT OF APPEALS Case No. 26-2423**

I, **WILLIAM B. SHIPLEY, ESQ.**, under penalty of perjury, state as follows:

1. **Counsel Representation:** I am an attorney licensed to practice law in the State of New York (Registration No. 5223227) and am Counsel of Record for Petitioner-Appellant, Jesus Oscar Guevara-Hernandez, in the above-captioned appeal before the United States Court of Appeals for the Eighth Circuit.
2. **Personal Knowledge:** I make this Affidavit based upon my personal knowledge and professional involvement as counsel of record for Petitioner-Appellant throughout the proceedings before the United States District Court for the Eastern District of Missouri (Case No. 1:26-cv-00059-ZMB) and before this Honorable Court (Appeal No. 26-2423).
3. **Procedural History:** On July 14, 2026, Petitioner-Appellant filed a Notice of Appeal challenging the final order and judgment of the U.S. District Court for the Eastern District of Missouri (Southeastern Division) dated June 15, 2026, which dismissed his Petition for Writ of Habeas Corpus seeking release from custody under 8 U.S.C. § 1254a. This appeal was formally docketed on July 16, 2026.
4. **Expiration of Temporary Protected Status:** The specific statutory designation and governing period for Petitioner-Appellant's Temporary Protected Status (TPS) designation expired according to its terms on October 4, 2026.
5. **Physical Removal from the United States:** Subsequent to the District Court's entry of judgment and prior to the resolution of this appeal, Petitioner-Appellant was physically removed from the United States by federal immigration authorities and is no longer pursuing any claimed right to remain in the United States before the EOIR.

6. **Mootness / Absence of Live Controversy:** Because Petitioner-Appellant's TPS authorization has expired and he has been physically removed from the United States, there is no longer an active Article III case or controversy.
7. **Conferral with Opposing Counsel:** I attempted to confer with counsel of record for Respondents-Appellees regarding the Motion to Withdraw Appeal. Given that this motion seeks voluntary dismissal of an appeal challenging a decision rendered in Respondents-Appellees' favor on grounds of mootness, it is understood that Respondents-Appellees do not oppose the requested relief.
8. **Reasons for Delay:** The timing of this filing following the Court's extension of time was due to unexpected emergency immigration advocacy matters, including multiple emergency stay applications, research access constraints, and consultation with Petitioner-Appellant regarding ancillary matters.
9. **Note on Ancillary Matters:** I hereby confirm that on the day of the hearing on his *habeas* petition in April, Respondent-Appellees brought Petitioner-Appellant to the District Court in heavy chains, with iron wrist-shackles and ankle-shackles, while he was also accompanied by at least five armed federal agents, posing no risk of flight from or danger to the Court or its proceedings. These chains and shackles clearly made him physically uncomfortable, restricting his movement, preventing him from raising his right hand to be sworn in by the District Court, and also preventing his friends, neighbors, and co-workers from greeting and embracing him despite their having traveled 150 miles to support him and observe the proceedings. Petitioner-Appellant also had dozens of letters of support attesting to his good character and exemplary conduct as a neighbor, co-workers, and community member in Albion, Illinois, more than any client Counsel to Petitioner-Appellant has ever represented. Because Petitioner-Appellant had no court assess his character, these

letters remain unread and unconsidered by any immigration court or federal court. The community of Albion, Illinois mourns the loss of their friend and neighbor to this process of expulsion from the United States. The U.S. refused to explain or justify its decision to place Petitioner-Appellant in irons when appearing before the Court.

10. **Accuracy of Motion:** I hereby confirm that all factual statements set forth in the accompanying Motion to Withdraw Appeal are true and accurate to the best of my knowledge, information, and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of October, 2026, at Chicago, Illinois.

/s/ *William Shipley*
William B. Shipley, Esq.
Immigration General Services LLC
20 N. Wacker Drive, Suite 1000
Chicago, Il 60606
Ph.: 312-719-1179 | Email: William@Immigrationgeneralservices.com
Counsel For Petitioner-Appellant Jesus Oscar Guevara-Hernandez

# CERTIFICATE OF COMPLIANCE

1. This motion complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A) because it contains fewer than 5,200 words.

2. This motion complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type style requirements of Fed. R. App. P. 32(a)(6) because it has been prepared in a proportionally spaced typeface using 12-point Times New Roman font.

*/s/ William Shipley*
William B. Shipley, Esq.
Immigration General Services LLC
20 N. Wacker Drive, Suite 1000
Chicago, Il 60606
Ph.: 312-719-1179 | Email: William@Immigrationgeneralservices.com
Counsel For Petitioner-Appellant Jesus Oscar Guevara-Hernandez

# Certificate Of Service

I hereby certify that on October 23rd, 2026, a true and correct copy of the foregoing Motion to Withdraw and Dismiss Appeal was served via the CM/ECF system of the U.S. Court of Appeals for the Eighth Circuit, which will send notification of such filing to all counsel of record in this matter.

Respectfully submitted this 23rd day of October, 2026,

/s/ *William Shipley*
William B. Shipley, Esq.
Immigration General Services LLC
20 N. Wacker Drive, Suite 1000
Chicago, Il 60606
Ph.: 312-719-1179 | Email: William@Immigrationgeneralservices.com
Counsel For Petitioner-Appellant Jesus Oscar Guevara-Hernandez